UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60448-CIV-SINGHAL

FACTOR FLORES, SILVESTRE,

     Petitioner,

v.

FIELD OFFICER DIRECTOR, U.S. Immigration
And Customs Enforcement,

     Defendant.

_____/

## ORDER CLOSING CASE

**UPON** *sua sponte* review of the docket and because all of Petitioner's claims have been disposed (DE [16]), it is hereby

**ORDERED AND ADJUDGED** that the Clerk of Court is directed to **CLOSE** this case, **CANCEL** all hearings and deadlines, and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 6th day of April 2026.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF